# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT BARNETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FISHER, Jr.,<br><br>　　　　　Defendant. | **Case No.: 1:17-cv-01361-JLT (PC)**<br><br>**ORDER SETTING SETTLEMENT CONFERENCE AND EXTENDING STAY OF ACTION**<br><br>**DATE:** September 24, 2019<br>**TIME:** 9:00 a.m.<br><br>**(Doc. 30)** |

The parties responded to this Court's order referring the case to the post-screening ADR project that they believed a settlement conference would be beneficial in this case. Therefore, this case will set for a settlement conference before the undersigned at the U. S. District Court, 510 19th Street, Bakersfield, California 93301, on September 24, 2019, at 9:00 a.m.[1] The Court **ORDERS**:

1. This case is set for a settlement conference on September 24, 2019, at 9:00 a.m., before Magistrate Judge Jennifer L. Thurston at the U. S. District Court, 510 19th Street, Bakersfield, California 93301.

2. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or

---

[1] Defendants filed a request to extend the stay of this action by 45 days beyond the date of the settlement conference. (Doc. 30.) An additional stay is appropriate, but Defendants do not provide any evidence for seeking an additional 45 days and the Court finds none. Their motion will be granted to the extent that the stay of this action will be extended and they shall have 30 days beyond the settlement conference to file a responsive pleading.

persons having full authority to negotiate and settle the case on any reasonable terms discussed at the conference.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. **No later than September 1, 2019**, Plaintiff **SHALL** submit to Defendants, by mail, a written itemization of damages and a meaningful settlement demand, which includes a brief explanation of why such a settlement is appropriate, not to exceed ten pages in length.

5. **No later than September 8, 2019**, Defendants **SHALL** respond, by telephone or in person, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate. If settlement is achieved, defense counsel is to immediately inform the Courtroom Deputy of Magistrate Judge Thurston.

6. If settlement is not achieved informally, Defendants are directed to submit confidential settlement statements **no later than September 17, 2019** to the following email address: jltorders@caed.uscourts.gov. Plaintiff shall mail his confidential settlement statement to the court at the above address so it arrives **no later than September 17, 2019**. The envelope shall be marked "Confidential Settlement Statement." Parties shall also file a "Notice of Submission of Confidential Settlement Statement." (*See* Local Rule 270(d).)

7. The stay of this action is extended and Defendants shall have 30 days beyond the September 24, 2019 settlement conference to file a responsive pleading.

Settlement statements **should not be filed** with the Clerk of the Court **or served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon. The confidential settlement

statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

    f. If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) is applicable.

IT IS SO ORDERED.

Dated: **August 19, 2019**            **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE