# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DELBERT BARNETT,

               Plaintiff,

v.

R. FISHER, Jr.,

               Defendant.

**1:17-cv-01361-DAD-JLT  (PC)**

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR DELBERT BARNETT, CDCR #K-32774, PLAINTIFF TO APPEAR BY VIDEO CONFERENCE**

**DATE:  September 24, 2019**
**TIME:  9:00 a.m.**

      **DELBERT BARNETT, CDCR #K-32774,** is the plaintiff in proceedings in this case on September 24, 2019, and is confined at California Men's Colony, East (8101), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, by video conference, before Magistrate Judge Jennifer L. Thurston, at the U. S. District Court, 510 19th Street, Bakersfield, California 93301, on September 24, 2019, at 9:00 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above by video conference to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:    The Warden of California Men's Colony, East (8101)**

      **WE COMMAND** you to produce the inmate named above to testify by video conference before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **August 21, 2019**            **/s/ Jennifer L. Thurston**

                                   UNITED STATES MAGISTRATE JUDGE